Monica M. Ryden (State Bar No. 023986)
Alejandro Pérez (State Bar No. 030968)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
monica.ryden@jacksonlewis.com
alejandro.perez@jacksonlewis.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| John A. Sova, | Case No.: |
| Plaintiff, | |
| v. | **NOTICE OF REMOVAL** |
| Francis A. Bijak; Premier Dist. Inc., | |
| Defendants. | |

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and Local Rule 3.6 of the Rules of Practice and Procedure of the U.S. District Court for the District Court of Arizona, Defendants Francis A. Bijak and Premier Distributors, Inc. (named as Premier Dist. Inc.) ("Defendants") remove this Action to the U.S. District Court for the District of Arizona on the following grounds:

1. Plaintiff John A. Sova ("Plaintiff") filed this civil action in the Arizona Superior Court, Maricopa County, Case No. CV2021-090903, with the above caption.

2. Pursuant to Local Rule 3.6 of the Federal Rules of Practice of the District Court for the District Court of Arizona, the following documents are attached as **Exhibits A - F** and constitute a complete copy of the file in the Arizona Superior Court,

1 Maricopa County file number CV2021-090903:

2       a.      The most recent state court docket **(Exhibit A)**;

3       b.      The operative complaint **(Exhibit B)**;

4       c.      Service documents **(Exhibit C)**;

5       d.      Certificate of Compulsory Arbitration **(Exhibit D)**;

6       e.      The Civil Coversheet **(Exhibit E)**

7    3.    Pursuant to LRCiv 3.6(b), undersigned counsel verifies that, to the best of his knowledge and belief, the documents attached as **Exhibits A-E** to this notice are true and complete copies of all pleadings and other documents filed in the state court proceeding.

    4.    Plaintiff served Defendants with copies of the Summons and Complaint on March 10, 2021.

    5.    This Notice is being filed within thirty days of Defendant's receipt of service of the Summons and Complaint. Thus, this notice is timely filed under 28 U.S.C. § 1446(b).

    6.    There are currently no pending or undecided motions before the state court.

    7.    Contemporaneously with this filing, Defendants are also filing a Notice of Filing of Notice of Removal with the Clerk of the Superior Court of the State of Arizona, in the County of Maricopa. Defendants, on this same date, have provided written notice of this filing to Plaintiff, as required under 28 U.S.C. § 1446 and Local Rule 3.6, attached as **Exhibit F**.

    8.    This is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331, and which is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1441(a) and (c) based on federal question jurisdiction. Federal question jurisdiction exists because Plaintiff alleges violations of federal law. Specifically, the Plaintiff's Complaint alleges violations of Title VII of the Civil Rights Act of 1964, the Fair Labor Standards Act, and the Federal Privacy Act. Accordingly, this case is a civil

action arising under the laws of the United States, that is subject to removal.

9. Under 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over Plaintiff's state law claims. Next to each federal claim, Plaintiff cites to the federal law's state-analogous statutes. Accordingly, Defendants presume Plaintiff wishes to assert state law claims based on the same set of facts. Plaintiff also asserts a cause of action for intentional infliction of emotional distress under Arizona common law. The state-law causes of actions are so related to the asserted causes of action arising under federal law that they form part of the same case or controversy.

10. Venue lies in the United States District Court for the District of Arizona pursuant to 28 U.S.C. §§ 1441(a) and 1391(a) because the action was filed in this district and this is the judicial district in which the alleged events giving rise to the claims occurred.

For the foregoing reasons, Defendants remove this case from the Superior Court of the State of Arizona to the United States District Court, District of Arizona.

Dated: April 8, 2021.

JACKSON LEWIS P.C. By

: */s/ Monica M. Ryden*
  Monica M. Ryden
  Alejandro Pérez
  Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and by electronic mail if not registered:

John A. Sova
319 N. 88th Place
Mesa, AZ  85207
Jsova3253@gmail.com
*Pro se Plaintiff*

By: */s/ Miranda L. Dotson*

4835-7317-7824, v. 1