# EXHIBIT A

 > Docket

# Civil Court Case Information - Case History

## Case Information
Case Number: CV2021-090903  Judge: Crawford, Janice
File Date: 2/24/2021  Location: Southeast
Case Type: Civil

## Party Information
| Party Name | Relationship | Sex | Attorney |
| --- | --- | --- | --- |
| John A Sova | Plaintiff | Male | Pro Per |
| Francis A Bijak | Defendant | Female | Pro Per |
| Premier Dist Inc | Defendant |  | Pro Per |

## Case Documents
| Filing Date | Description | Docket Date | Filing Party |
| --- | --- | --- | --- |
| 3/18/2021 | AFS - Affidavit Of Service | 3/23/2021 | |
| **NOTE:** FRANCIS A BIJAK | | | |
| 2/24/2021 | COM - Complaint | 2/25/2021 | Plaintiff(1) |
| 2/24/2021 | CCN - Cert Arbitration - Not Subject | 2/25/2021 | Plaintiff(1) |
| 2/24/2021 | CSH - Coversheet | 2/25/2021 | Plaintiff(1) |

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**