# EXHIBIT B

Person Filing: John A. Sova
Address (if not protected): 319 N 88th Place
City, State, Zip Code: Mesa, Arizona 85207
Telephone: 480-200-1975
Email Address: jsova9253@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer  or  ☐ Attorney for  ☐ Petitioner  OR  ☐ Respondent

COPY
FEB 24 2021
For Clerk's Use Only
SUPERIOR COURT
CLERK OF THE SUPERIOR COURT
H. JOHNSON
DEPUTY CLERK

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John A. Sova
Name of Plaintiff

Case Number: CV2021-090903

Title: **CIVIL COMPLAINT**

Francis A. Byck, Premier Dish Inc.
Name of Defendant

Plaintiff hereby submits this complaint against Defendant(s) and alleges the following:

## JURISDICTION and VENUE

1. Maricopa County Superior Court has the legal authority to hear and decide this case because: *(Check all boxes that are true.)*

    ☒ The value of this case exceeds $10,000 dollars.

    ☐ Replevin or other nonmonetary remedy will take place in Maricopa County.

    ☒ The Plaintiff resides in Maricopa County.

    ☒ The Defendant resides in Maricopa County.

    ☒ The Defendant does business in Maricopa County.

    ☒ The events, actions, or debts subject of this Complaint occurred in Maricopa County.

    ☐ Other reason: _____

Case Number: _____

## DISCOVERY TIER

2. Pursuant to Arizona Rules of Civil Procedure, Rule 26.2 (c) (3), the Court should assign my case to the following tier based on the amount of damages I request.

   ☐ Tier 1 = Actions claiming $50,000 or less in damages.

   ☐ Tier 2 = Actions claiming more than $50,000 and less than $300,000 in damages,

   OR Actions claiming nonmonetary relief.

   ☒ Tier 3 = Actions claiming $300,000 or more in damages.

## PARTIES

3. The Plaintiff in this case is John A. Sova

4. The Defendant in this case is Francis A. Byack a.k.a. Premier Distribution Inc.

## STATEMENT OF FACTS AND BREACH

5. On March 31, 2020, Francis A. Byack wrongfully terminated my employment for retaliatory means for alleged property damage.

6. Defendant failed to pay Plaintiff a promised $500.00 bonus upon termination. Defendant had

7. Plaintiff worked thirty-five (35) hours bi-weekly at a rate of $10.00 an hour. Plaintiff was not

8. The wrongful acts of Mr Byack / Northland Premier Dist. Inc., were so outrageous

9. Plaintiff's personal information to include full name, address and medical information

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 4

CVC10f 070118

## STATEMENT OF FACTS AND BREACH

5. and citing the cause of termination that Plaintiff had engaged in a practice done frequently in the place of business by fellow employees. (i.e. The telling of a joke). Three days prior to termination Defendant truck tailgate was damaged when Defendant drove off damaging tailgate on utility trailer handle. Defendant stated I caused the damage (even though security footage showed Defendant driving off with tailgate down). Defendant terminated my employment afte five (5) years and no disciplinary actions stating he, Mr. Byak didn't like my joke.

6. committed to bonus one week prior to termination, to be paid out week of Plaintiffs termination.

7. paid minimum wage within the State of Arizona.

8. in character, so extreme in degree, as to go beyond all bounds of decency. Said acts were intended to cause Plaintiff severe emotional distress.

STATEMENT OF FACTS AND BREACH

9. were released by Defendant to a third party for the purpose of intimidation/extortion. See Exhibit "1".

Case Number: _____

10. _____
_____

(If you need more space, add an attachment labeled "Statement of Facts and Breach," and continue consecutive numbering.)

## APPLICABLE LAW SUPPORTING CLAIMS

( 1 ) Federal Civil Rights Act under Title VII; A.R.S. Title 41, Chapter 9; Arizona Law 23-1501

( 2 ) Federal Labor Standards Act; A.R.S. § 23-353 (A); A.R.S. § 23-355

( 3 ) Arizona: Common Law (IIED) Intentional Infliction of Emotional Distress

( 4 ) Federal Privacy Act (1974); Ariz. Rev. Stat. Ann § 23-1361

(  ) _____

(  ) _____

(If you need more space, add an attachment labeled "Applicable Laws Supporting Claims," and continue consecutive numbering.)

## INJURIES

(  ) _____

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

CVC10f 070118

Case Number: _____

( ) _____
   _____

( ) _____
   _____

( ) _____
   _____

( ) _____
   _____

(If you need more space, add an attachment labeled "Injuries," and continue consecutive numbering.)

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against defendant(s), and each of them (if applicable) for the following dollars, interest, costs and expenses incurred herein, **or** non-monetary remedy, including reasonable attorneys' fees, and for such other and further relief as the Court may deem just and proper.

( 1 ) Wages and Bonus - $105,000.00

( 2 ) Emotional Distress - $75,000.00

( 3 ) Rlse Of Personal Information / Intimidation and Extortion - $145,000.00

( ) _____

(If you need more space, add an attachment labeled "Demand for Relief," and continue consecutive numbering.)

Dated this February 1, 2021.
(Date of signature)

_____
(Signature of Plaintiff or Plaintiff's Attorney)

© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED
Page 4 of 4
CVC10f  070118