# EXHIBIT C

**ORIGINAL**

Person Filing: John A. Sova
Address (if not protected): 319 N. 88th Place
City, State, Zip Code: Mesa, Az 85207
Telephone: 480-500-1975
Email Address: jsova8253@gmail.com
Lawyer's Bar Number: _____

Representing ☒ Self, without a Lawyer or ☐ Attorney for ☐ Plaintiff OR ☐ Defendant

# SUPERIOR COURT OF ARIZONA
# IN MARICOPA COUNTY

John A. Sova
Name of Plaintiff

Case No.: CV 2021-090903

And

Francis A. Byck / Premier
Name of Defendant

**SUMMONS**

If you would like legal advice from a lawyer,
Contact the Lawyer Referral Service at
602-257-4434
or
www.maricopabar.org
Sponsored by the
Maricopa County Bar Association

**WARNING:** This is an official document from the court that affects your rights. Read this carefully. If you do not understand it, contact a lawyer for help.

**FROM THE STATE OF ARIZONA TO:** Francis A. Byck
Name of Defendant

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers are served on you with this *"Summons."*

2. If you do not want a judgment or order taken against you without your input, you must file an *"Answer"* or a *"Response"* in writing with the court, and pay the filing fee. If you do not file an *"Answer"* or *"Response"* the other party may be given the relief requested in his/her Petition or Complaint. To file your *"Answer"* or *"Response"* take, or send, the *"Answer"* or *"Response"* to the:

   - Office of the Clerk of the Superior Court, 201 West Jefferson Street, Phoenix, Arizona 85003-2205 **OR**
   - Office of the Clerk of the Superior Court, 18380 North 40th Street, Phoenix, Arizona 85032 **OR**
   - Office of the Clerk of Superior Court, 222 East Javelina Avenue, Mesa, Arizona 85210-6201 **OR**
   - Office of the Clerk of Superior Court, 14264 West Tierra Buena Lane, Surprise, Arizona, 85374.

   Mail a copy of your *"Response"* or *"Answer"* to the other party at the address listed on the top of this Summons.

Case Number: _____

3. If this *"Summons"* and the other court papers were served on you by a registered process server or the Sheriff, within the State of Arizona, your *"Response"* or *"Answer"* must be filed within TWENTY (20) CALENDAR DAYS from the date you were served, not counting the day you were served. If this *"Summons"* and the other papers were served on you by a registered process server or the Sheriff outside the State of Arizona, your Response must be filed within THIRTY (30) CALENDAR DAYS from the date you were served, not counting the day you were served. Service by a registered process server or the Sheriff is complete when made. Service by Publication is complete thirty (30) days after the date of the first publication.

4. You can get a copy of the court papers filed in this case from the Petitioner at the address listed at the top of the preceding page, from the Clerk of the Superior Court's Customer Service Center at:

    - 601 West Jackson, Phoenix, Arizona 85003
    - 18380 North 40th Street, Phoenix, Arizona 85032
    - 222 East Javelina Avenue, Mesa, Arizona 85210
    - 14264 West Tierra Buena Lane, Surprise, Arizona 85374.

5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by the party needing accommodation or his/her counsel at least three (3) judicial days in advance of a scheduled proceeding.

6. Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

7. Eviction Actions/Forcible Detainers: If you want to request a telephonic hearing, please contact the judge assigned to your case. If you do not know your assigned judge, or have not been assigned a judge, please contact Civil Court Administration at 602-506-1497.

**SIGNED AND SEALED this date**

FEB 2 4 2021
_____
**CLERK OF SUPERIOR COURT**

JEFF FINE, CLERK

By_____
             Deputy Clerk

H. Johnsen
Deputy Clerk



© Superior Court of Arizona in Maricopa County
ALL RIGHTS RESERVED

Page 2 of 2

CV11f  031820

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

CLERK OF THE
SUPERIOR COURT
RECEIVED SE COC MAIL

2021 MAR 18 PM 4: 32

FILED BY: _____V. MARTINEZ_____

JOHN A SOVA

Petitioner/Plaintiff

V

FRANCIS A BIJAK/PREMIER

Respondents/Defendants

Case No. CV2021-090903

CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER

The undersigned certifies I am fully qualified under A.R.C.P. 4(e) to serve process within the State of Arizona, and that I executed service in the manner described below:

Documents Served: SUMMONS; COMPLAINT; CERTIFICATE OF COMPULSORY ARBITRATION

Service Upon: FRANCIS A BIJAK

Date of Service: 03/10/2021    Time of Service: 8:45AM

Address of Service: 320 E CHILTON, CHANDLER, AZ 85225

Manner of Service: I PERSONALLY SERVED FRANCIS A BIJAK.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 13, 2021

_____Wayne Holcomb_____
Wayne Holcomb
#MC8930
Arizona Legal Process Servers, LLC
5235 E Southern Avenue, #D106-126
Mesa, AZ 85206
480-721-1716

| | |
|---|---|
| Service: Flat Fee | $75.00 |
| Mileage: | |
| Attempts: | |
| Locate: | |
| Other: | |
| Total Charges: | $75.00 |

Page 1 of 1