# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John A Sova,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Francis A Bijak, et al.,<br><br>　　　　Defendants. | No. CV-21-00599-PHX-SMB<br><br>**ORDER** |

　　　　Pursuant to the Joint Stipulation to Extend Deadline Pending Settlement (Doc. 8) and for good cause appearing,

　　　　**IT IS HEREBY ORDERED** extending the date for Defendants to respond to Plaintiff's Complaint through **June 14, 2021**.

　　　　Dated this 13th day of April, 2021.

_____
Honorable Susan M. Brnovich
United States District Judge