Monica M. Ryden (State Bar No. 023986)
Alejandro Pérez (State Bar No. 030968)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
monica.ryden@jacksonlewis.com
alejandro.perez@jacksonlewis.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| John A. Sova,<br><br>       Plaintiff,<br><br>    v.<br><br>Francis A. Bijak; Premier Dist. Inc.,<br><br>       Defendants. | Case No.: 2:21-cv-00599-SMB<br><br>**STIPULATED MOTION TO DISMISS WITH PREJUDICE** |

Defendants Francis A. Bijak and Premier Dist. Inc. ("Defendants") and Plaintiff John A. Sova ("Plaintiff") hereby stipulate and agree that this matter can and shall be dismissed with prejudice, each party to bear his/its own attorneys' fees and costs.

Dated:  April 16, 2021.

                                        JACKSON LEWIS P.C.

                                        By: */s/ Monica M. Ryden*
                                              Monica M. Ryden
                                              Attorneys for Defendants


                                        By: */s/ John A. Sova (with permission)*
                                              John A. Sova
                                              Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants and by electronic mail if not registered:

John A. Sova
319 N. 88th Place
Mesa, AZ  85207
Jsova3253@gmail.com
*Pro se Plaintiff*


By: */s/ Miranda L. Dotson*

4827-9156-1701, v. 1