# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John A Sova, | No. CV-21-00599-PHX-SMB |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Francis A Bijak, et al., | |
| Defendants. | |

The Court having considered the Parties' Stipulated Motion for Dismissal with Prejudice (Doc. 13) and for good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulated Motion and dismissing this case in its entirety with prejudice, each party to bear his/its own fees and costs.

Dated this 16th day of April, 2021.

Honorable Susan M. Brnovich
United States District Judge